IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | |
| | Case No: 24-mj-236 DTS |
| Angelica Maria Escobedo Bernal, | Date: April 8, 2024 |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 9E |
| | Time Commenced: 1:43 PM |
| | Time Concluded: 1:49 PM |
| | Time in Court: 6 minutes |

APPEARANCES:

    Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
    Defendant: Lisa Lopez
            X FPD        X To be appointed

    Interpreter/Language: Marianne McEvoy/Spanish

    X Advised of Rights

on   X Indictment

X Date charges or violation filed: 2/6/2024
X Current Offense: Possession and distribution of a controlled substances.
X **Charges from other District: Western District of Tennessee**
X Title and Code of underlying offense from other District: 21:841(a)(1) and 846.
X Case no: 2:24-cr-20025(2)

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is April 12, 2024 at 11:00 AM before U.S. Magistrate Judge David T. Schultz in CR 9E for:
X Detention hrg  X Removal hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                   *s/Ashley Nelson*
                                                                        Signature of Courtroom Deputy